March 28, 2008

Mr. David P. Andis
Gauntt & Kruppstadt, L.L.P.
1400 Woodloch Forest Drive, Suite 575
The Woodlands, TX 77380
Mr. Philip F. Klosowsky
Law Offices of Philip F. Klosowsky
14015 SW Fwy, Suite 14
Sugar Land, TX 77478

RE: Case Number: 06-0574
 Court of Appeals Number: 14-05-00250-CV
 Trial Court Number: 2001-59134

Style: 20801, INC.
 v.
 JOHN L. PARKER

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Ed Wells |
| |Mr. Barney L. |
| |McCoy |
| |Mr. Charles |
| |Bacarisse |
| |Mr. Glen Garey |